NO. 07-02-0313-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 5, 2002

_____

ANDREW MONTEMAYOR, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 2001-477,579; HONORABLE DRUE FARMER, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

**DISMISSAL**

Pending before this Court is appellant's motion to dismiss his appeal. Appellant and his attorney have both signed the motion representing that appellant wishes to withdraw his notice of appeal pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure. No decision of this Court having been delivered to date, we grant the motion. Accordingly,

having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Don H. Reavis
Justice

Do not publish.